ADELE E. MATTHEISSEN as Executor, et al., etc., Respondents, *v.* MARY E. STAFFORD, Appellant.

(Submitted December 4, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which directed judgment in favor of plaintiff on an agreed case submitted under the Code of Civil Procedure, section 1279.

*A. W. Gleason* for appellant.

*Wm. C. De Witt* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.